No. 11M114.  CREWS *v.* UNITED STATES COURT OF FEDERAL CLAIMS.  Motion for leave to proceed as a veteran denied.

No. 11M115.  GALVEZ *v.* INTERNAL REVENUE SERVICE.  Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 10–930.  RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS *v.* VALENCIA GONZALES.  C. A. 9th Cir.  [Certiorari granted, 565 U. S. 1259.]  Motion of petitioner to dispense with printing the joint appendix granted.

No. 11–393.  NATIONAL FEDERATION OF INDEPENDENT BUSINESS ET AL. *v.* SEBELIUS, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL.;

No. 11–398.  DEPARTMENT OF HEALTH AND HUMAN SERVICES ET AL. *v.* FLORIDA ET AL.; and

No. 11–400.  FLORIDA ET AL. *v.* DEPARTMENT OF HEALTH AND HUMAN SERVICES ET AL.  C. A. 11th Cir.  [Certiorari granted, 565 U. S. 1033 and 1034.]  Motions of David Boyle for reconsideration of motions for leave to intervene denied.

No. 11–1025.  CLAPPER, DIRECTOR OF NATIONAL INTELLIGENCE, ET AL. *v.* AMNESTY INTERNATIONAL USA ET AL.  C. A. 2d Cir.  [Certiorari granted, 566 U. S. 1009.]  Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 11–9696.  LEWELLYN ET VIR, ON BEHALF OF J. L. ET AL. *v.* SARASOTA COUNTY SCHOOL BOARD.  C. A. 11th Cir.  Motion of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until July 2, 2012, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 11–10296.  IN RE ANDERSON.  Petition for writ of habeas corpus denied.

No. 11–10417.  IN RE HELTON.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of habeas corpus dismissed.  See this Court's Rule 39.8.